FILED

NOV 1 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Crim. Case No. 08CR3340-GT |
| Plaintiff, ) | ORDER |
| v. ) | |
| MELVIN SOLER-LLANEZ, ) | |
| Defendant. ) | |

And now, this 12th day of November 2008, good cause appearing, IT IS ORDERED that the United States Attorney provide a copy of the prior federal presentence report on this defendant to counsel for the defendant in this case.

Date: 11-12-08

HON. GORDON THOMPSON, JR., Judge
United States District Court