FILED

JAN 21 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. GORDON THOMPSON JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Crim. Case No. 08CR3340-GT |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER CONTINUING |
| ) | SENTENCING HEARING |
| MELVIN SOLER-YANEZ, ) | |
| Defendant. ) | |

ORDER

And now, this 21st day of January, 2009, good cause appearing and based on the stipulation of the parties, the time for the sentencing hearing is continued from January 22, 2009 at 9:00 a.m. to February 3, 2009 at 9:00 a.m., and the time between January 22, 2009 and February 3, 2009 is excluded under the Speedy Trial Act.

Dated: 1-21-09

HON. GORDON THOMPSON, Jr., Judge
UNITED STATES DISTRICT COURT